**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Alaa Soliman Abou Alheiyal,
Plaintiff(s),
v.
Susan Swensen,
Defendant(s).

Case No. 2:26-cv-03873-MMD-NJK

Order

Plaintiff is proceeding in this action *pro se* and submitted paperwork to initiate this case. Docket No. 1. There are at least two deficiencies. First, Plaintiff must either pay the filing fee or file an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff has done neither. Second, Plaintiff must file a complaint that provides the information necessary for the case:

> (a) Claim for Relief. A pleading that states a claim for relief must contain:
>
> (1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;
>
> (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and
>
> (3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

Fed. R. Civ. P. 8(a). Plaintiff has filed an assortment of state court papers, *see* Docket No. 1-1, but has not filed a complaint as required by Rule 8(a).

Accordingly, **IT IS ORDERED:**

1. Plaintiff must pay the filing fee (accompanied by a copy of this order) or file an application to proceed *in forma pauperis*.

2. The Clerk's Office shall send Plaintiff the short form application to proceed *in forma pauperis* for a non-prisoner.

3. Plaintiff must file a complaint that complies with Rule 8(a). Plaintiff is encouraged to use the form provided by the Administrative Office, which is available online at the website https://www.uscourts.gov/forms-rules/forms/complaint-a-civil-case.

4. Plaintiff must comply with this order no later than December 11, 2026. Failure to comply may result in a recommendation to the District Judge that this case be dismissed.

IT IS SO ORDERED.

Dated: November 19, 2026

Nancy J. Koppe
United States Magistrate Judge